IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-cv-100-BO

| | |
|---|---|
| DE DE COLBERT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

This cause comes before the Court on the memorandum and recommendation by United States Magistrate Judge Robert Numbers. On July 2, 2020, Judge Numbers recommended that plaintiff's motion to proceed *in forma pauperis* be denied. No objections to the memorandum and recommendation have been filed, and the matter is ripe for review.

## DISCUSSION

A district court is required to review *de novo* those portions of an M&R to which a party timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). "[I]n the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted).

No party has objected to the M&R and the time for doing so has passed. The Court has reviewed the M&R and is satisfied that there is no clear error on the face of the record. Accordingly, the memorandum and recommendation is ADOPTED.

## CONCLUSION

The memorandum and recommendation [DE 5] of Judge Numbers is ADOPTED. Plaintiff's motion [DE 1] to proceed *in forma pauperis* is DENIED. Plaintiff is DIRECTED to pay the filing fee within 30 days from the date this order is issued. Failure to do so will result in this case being closed.

For good cause shown, the motion to withdraw [DE 6] is GRANTED and counsel's appearance for plaintiff De De Colbert in this action is terminated. Pursuant to Local Civil Rule 5.2, within 21 days of the date of this order, plaintiff must file a notice of self-representation or cause new counsel to file a notice of appearance. Failure to comply may result in sanctions, including but not limited to, dismissal of this action.

SO ORDERED, this __10__ day of August, 2020.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE